*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*NORTHERN DIVISION*

DEBBIE ANDERSON                                                                                          PLAINTIFF

vs.                                      CASE NO. 1:12cv00031 JMM

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY                              DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 12th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE